| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-17946-PMM**

Leticia Turner
923 S Filmore St
Allentown  PA   18103

Petition Filed Date: 12/23/2019
341 Hearing Date: 02/11/2020
Confirmation Date: 05/28/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2020 | $200.00 | | 03/02/2020 | $200.00 | | 03/31/2020 | $200.00 | |
| 05/01/2020 | $200.00 | | 06/02/2020 | $200.00 | | 07/01/2020 | $200.00 | |
| 07/31/2020 | $200.00 | | | | | | | |

**Total Receipts for the Period: $1,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $1,000.00 | $0.00 | $1,000.00 |
| 1 | US DEPT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CAVALRY INVESTMENTS LLC<br>»» 002 | Secured Creditors | $2,861.69 | $0.00 | $2,861.69 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $1,240.06 | $0.00 | $1,240.06 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $9,091.93 | $0.00 | $9,091.93 |
| 5 | MIDFIRST BANK<br>»» 005 | Mortgage Arrears | $3,316.62 | $0.00 | $3,316.62 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $870.26 | $0.00 | $870.26 |

**Chapter 13 Case No. 19-17946-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $1,400.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $132.20 | Total Plan Base: | $9,000.00 |
| Funds on Hand: | $1,267.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.