| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-17946-PMM**

Leticia Turner
923 S Filmore St
Allentown  PA    18103

Petition Filed Date: 12/23/2019
341 Hearing Date: 02/11/2020
Confirmation Date: 05/28/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2022 | $200.00 | | 08/31/2022 | $200.00 | | 10/03/2022 | $200.00 | |
| 10/31/2022 | $200.00 | | 12/02/2022 | $200.00 | | 01/04/2023 | $200.00 | |
| 01/31/2023 | $200.00 | | 03/03/2023 | $200.00 | | 03/31/2023 | $200.00 | |
| 05/01/2023 | $200.00 | | 06/01/2023 | $200.00 | | 07/05/2023 | $200.00 | |
| 07/31/2023 | $200.00 | | | | | | | |

**Total Receipts for the Period: $2,600.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 1 | US DEPT OF HUD »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CAVALRY SPV INVESTMENTS LLC »» 002 | Secured Creditors | $2,861.69 | $2,861.69 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES »» 003 | Unsecured Creditors | $1,240.06 | $56.85 | $1,183.21 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES »» 004 | Unsecured Creditors | $9,091.93 | $416.75 | $8,675.18 |
| 5 | MIDFIRST BANK »» 005 | Mortgage Arrears | $3,316.62 | $3,316.62 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» 006 | Unsecured Creditors | $870.26 | $25.75 | $844.51 |

**Chapter 13 Case No. 19-17946-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,600.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $7,677.66 | Arrearages: | $0.00 |
| Paid to Trustee: | $726.20 | Total Plan Base: | $9,000.00 |
| Funds on Hand: | $196.14 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.