Certificate Number: 06531-PAE-DE-037810330

Bankruptcy Case Number: 19-17946



06531-PAE-DE-037810330

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 30, 2023, at 3:35 o'clock PM CDT, Leticia Turner completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 30, 2023

By: /s/Patricia Queen

Name: Patricia Queen

Title: Certified Credit Counselor