United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 19-17946-pmm
Leticia Turner Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 2
Date Rcvd: Oct 25, 2023    Form ID: 138OBJ    Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leticia Turner, 923 S Filmore St, Allentown, PA 18103-4121 |
| 14443388 | | Apothaker & Assoc., 520 Fellowship Rd Ste C306, Mount Laurel, NJ 08054-3410 |
| 14443387 | + | Apothaker & Assoc., 520 Fellowship Rd., C306, Mount Laurel, NJ 08054-3410 |
| 14466150 | + | MIDFIRST BANK, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14443396 | | Raymour & Flanigan, 7000 Vista Dr, West Des Moines, IA 50266-9310 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 26 2023 00:33:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 26 2023 00:33:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14443389 | | Email/Text: bankruptcy@cavps.com | Oct 26 2023 00:33:00 | Cavalry Portfolio Service, Llc, 500 Summit Lake Dr Ste 400, Valhalla, NY 10595-2321 |
| 14449015 | + | Email/Text: bankruptcy@cavps.com | Oct 26 2023 00:33:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14443391 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2023 00:36:36 | Department Store National Bank/Macy's, PO Box 8053, Mason, OH 45040-8053 |
| 14443390 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 26 2023 00:36:55 | Chase Cards, PO Box 15298, Wilmington, DE 19886-5298 |
| 14465862 | ^ | MEBN | Oct 26 2023 00:21:32 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000 Philadelphia, PA. 19106-1541 |
| 14476300 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 26 2023 00:35:15 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14443392 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 26 2023 00:36:53 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14443393 | | Email/Text: bankruptcy@sccompanies.com | Oct 26 2023 00:33:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14443394 | | Email/Text: bankruptcy@sccompanies.com | Oct 26 2023 00:33:00 | Monroe And Main, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14443395 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2023 00:36:56 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14443397 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 00:36:56 | Synchrony Bank/Banana Republic, PO Box 965060, Orlando, FL 32896-5060 |

| 14444560 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 26 2023 00:36:17 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14451172 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14455558 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 27, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| KEVIN K. KERCHER | on behalf of Debtor Leticia Turner kevinkk@kercherlaw.com kevin@kercherlaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Leticia Turner

        Debtor(s)

Case No: 19−17946−pmm

Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      United States Bankruptcy Court
      Office of the Clerk, Gateway Building
      201 Penn Street, 1st Floor
      Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/25/23

32 − 31
Form 138OBJ